### TOWN OF COMER *v.* ÆTNA INDEMNITY COMPANY.

EVANS, P. J. This case was tried before the judge without a jury. The evidence, though conflicting on the substantial issues, was sufficient to authorize the verdict.     *Judgment affirmed. All the Justices concur.*
                    MAY 18, 1912.

Action on bond.   Before Judge Bell.   Fulton superior court. July 1, 1911.

*J. J. Strickland,* for plaintiff. . *Dodd & Dodd,* for defendant.